No. 1,722.—STATE EX REL. REYNOLDS, RELATOR, *v.* JOHN C. McCLERNAN, JUDGE OF THE SECOND JUDICIAL DISTRICT COURT, RESPONDENT.

Application for a Writ of Prohibition.

Submitted October 1, 1901.   Decided October 2, 1901.

PER CURIAM.—Relator's application for a writ of prohibition is denied.

*Mr. I. G. Denny,* and *Mr. Henry C. Mogue,* for Relator.

*Mr. James Donovan, Attorney General,* for Respondent.